**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ARTHUR HUNT,**

               **Plaintiff,**

      **v.**                                        **5:06-cv-0338**

**MICHAEL J. ASTRUE,**[1]
**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Olinsky, Shurtiff Law Firm<br>300 S. State Street<br>5th Floor<br>Syracuse, NY 13202<br>Counsel for Plaintiff | Howard Olinsky, Esq. |
| Office of Regional General Counsel<br>Social Security Administration<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Counsel for Defendant | Vernon Norwood, Esq. |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 30th day of November 2009. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

---

[1] On February 12, 2007, Michael J. Astrue was sworn in as the Commissioner of the Social Security Administration. Pursuant to Federal Rules of Civil Procedure 25(d)(1), he is automatically substituted for former Commissioner Jo Anne Barnhart as the defendant in this action.

herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner's decision denying disability benefits is remanded for further proceedings in accordance with the Report-Recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: December 15, 2009
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

2