# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ARTHUR HUNT**

vs.   **CASE NUMBER: 5:06-CV-338 (NAM) (VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is ADOPTED in its entirety, the decision of the Commissioner denying disability benefits is REMANDED for further proceedings in accordance with the Report & Recommendation and pursuant to sentence four of 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 16th day of December, 2009.

DATED: December 16, 2009

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk